# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE COIT SENTER, | NO. CV 11-2193-GHK (MAN) |
|     Petitioner, | |
| v. | JUDGMENT |
| JAMES YATES, WARDEN, | |
|     Respondent. | |

    Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that this action is dismissed with prejudice.

DATED:   11/23/13  .

                                                     GEORGE H. KING
                                         UNITED STATES DISTRICT JUDGE